

FILED IN OPEN COURT
OCT 1 9 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | CRIMINAL NO. 2:22-CR- 129 |
| | ) | |
| JULIAN MAURICE PETTIFORD, | ) | 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1) |
| (Counts 1, 6, 7) | ) | Conspiracy to Manufacture, Distribute and |
| | ) | Possess with Intent to Fentanyl and Cocaine |
| and | ) | (Count 1) |
| | ) | |
| KEVIN ADRIAN WRIGHT, JR., | ) | 21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| a/k/a "Acey Ball," | ) | Distribution of Fentanyl |
| (Counts 1-5) | ) | (Counts 2, 3) |
| | ) | |
| Defendants. | ) | 21 U.S.C. § 841(a)(1) and (b)(1) |
| | ) | Manufacture, Distribute and Possess with |
| | ) | Intent to Distribute Controlled Substances |
| | ) | (Counts 4, 5, 6) |
| | ) | |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | Possess, Use, and Carry Firearm in |
| | ) | Furtherance of and During and In Relation to |
| | ) | a Drug-Trafficking Crime |
| | ) | (Count 7) |
| | ) | |
| | ) | 18 U.S.C. §§ 924(d); 21 U.S.C. § 853; and |
| | ) | 28 U.S.C. § 2461 |
| | ) | Criminal Forfeiture |

### INDICTMENT

October 2022 TERM – at Norfolk

THE GRAND JURY CHARGES THAT:

## COUNT ONE

(Conspiracy to Manufacture, Distribute and Possess with Intent to Fentanyl and Cocaine)

Beginning on a date unknown, but no later than on or about October 1, 2021, and continuing thereafter until on or about May 12, 2022, within the Eastern District of Virginia and elsewhere, the defendants, JULIAN MAURICE PETTIFORD (hereinafter "PETTIFORD") and KEVIN ADRIAN WRIGHT, JR., a/k/a "Acey Ball," (hereinafter "WRIGHT") did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons, both known and unknown to the grand jury, to knowingly and intentionally commit one or more of the following offenses against the United States:

1. To knowingly and intentionally manufacture, distribute, and possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

2. To knowingly and intentionally manufacture, distribute, and possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

The quantity of controlled substances involved in the conspiracy is:

1. With respect to defendants, JULIAN MAURICE PETTIFORD and KEVIN ADRIAN WRIGHT, JR., a/k/a "Acey Ball," the amount of fentanyl

involved in the conspiracy attributable to them, as a result of their own conduct and the conduct of other conspirators reasonably foreseeable to them, is 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi);

2. With respect to defendants, JULIAN MAURICE PETTIFORD and KEVIN ADRIAN WRIGHT, JR., a/k/a "Acey Ball," the amount of cocaine involved in the conspiracy attributable to them, as a result of their own conduct and the conduct of other conspirators reasonably foreseeable to them, is 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

(All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1).)

## COUNT TWO

(Distribution of Fentanyl)

On or about April 1, 2022, in the City of Portsmouth, in the Eastern District of Virginia, the defendant, KEVIN ADRIAN WRIGHT, JR., a/k/a "Acey Ball," did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).)

## COUNT THREE

(Distribution of Fentanyl)

On or about May 3, 2022, in the City of Portsmouth, in the Eastern District of Virginia, the defendant, KEVIN ADRIAN WRIGHT, JR., a/k/a "Acey Ball," did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).)

## COUNT FOUR

(Manufacture, Distribute and Possess with Intent to Distribute Fentanyl)

On or about May 6, 2022, in the City of Suffolk, in the Eastern District of Virginia, the defendant, KEVIN ADRIAN WRIGHT, JR., a/k/a "Acey Ball," did knowingly and intentionally manufacture, distribute and possess with the intent to manufacture and distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).)

## COUNT FIVE

(Manufacture, Distribute and Possess with Intent to Distribute Cocaine Base)

On or about May 6, 2022, in the City of Suffolk, in the Eastern District of Virginia, the defendant, KEVIN ADRIAN WRIGHT, JR., a/k/a "Acey Ball," did knowingly and intentionally manufacture, distribute and possess with the intent to manufacture and distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(iii).)

## COUNT SIX

(Manufacture, Distribute and Possess with Intent to Distribute a
Schedule II Controlled Substance)

On or about May 11, 2022, in the City of Chesapeake, in the Eastern District of Virginia, the defendant, JULIAN MAURICE PETTIFORD, did knowingly and intentionally manufacture, distribute and possess with the intent to manufacture and distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi).)

## COUNT SEVEN

(Possess, Use, and Carry Firearms in Furtherance of and During and
in Relation to a Drug-Trafficking Crime)

On or about May 11, 2022, in the City of Chesapeake, within the Eastern District of Virginia, the defendant, JULIAN MAURICE PETTIFORD, did knowingly possess, use, and carry a firearm, to wit: Smith & Wesson M&P9 Shield, Caliber: 9mm Luger, Pistol, in furtherance of, and during and in relation to, a drug-trafficking crime for which he may be prosecuted in the United States, namely possession with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1), as set forth in Count Six of this Indictment, which is re-alleged and incorporated by reference as if set forth in full herein.

(In violation of Title 18, United States Code, Section 924(c)(1)(A).)

## CRIMINAL FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendants, JULIAN MAURICE PETTIFORD and KEVIN ADRIAN WRIGHT, JR., a/k/a "Acey Ball," if convicted of any of the violations alleged in this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition used in or involved in the violation.

2. The defendants, JULIAN MAURICE PETTIFORD and KEVIN ADRIAN WRIGHT, JR., a/k/a "Acey Ball," if convicted of any of the violations alleged in Counts One, Two, Three, Four, Five, and Six of this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

   a. Any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the violation; and

   b. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with 18 U.S.C. § 924(d)(1); 21 U.S.C. § 853; and 28 U.S.C. § 2461(c).)

*United States v. Julian Maurice Pettiford, et al.*
2:22-CR- 129

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Kristin G. Bird
Special Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 6000
Norfolk, VA 23510
Office Number: 757-441-6331
Email Address: kristin.bird@usdoj.gov